FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AL GHURAIR IRON & STEEL LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | SUMMONS |
| ) | Court No. 20-00142 |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

TO:   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>(Name and standing of plaintiff)</u>:  Plaintiff, Al Ghurair Iron & Steel LLC is a foreign producer and exporter of corrosion-resistant steel products and an interested party within the meaning of 19 U.S.C. §1677(9)(A).  Plaintiff also was an active participant in the anti-circumvention inquiry proceeding that led to the determination being challenged.  Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as an interested party that was a party to the proceeding identified below.

2. <u>(Brief description of contested determination)</u>:  Plaintiff contests the final determination of the U.S. Department of Commerce that corrosion-resistant steel products are being exported from the United Arab Emirates to the United States by Al Ghurair Iron & Steel LLC in circumvention of the antidumping duty and countervailing duty orders on certain corrosion-resistant steel products from the People's Republic of China under 19 U.S.C. § 1677j(b).  See <u>Certain Corrosion-Resistant Steel Products From the People's Republic of China: Affirmative Final Determination of Circumvention Involving the United Arab Emirates</u>, 85 Fed. Reg. 41,957 (July 13, 2020).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii); 19 U.S.C. § 1516a(a)(2)(B)(vi); and 28 U.S.C. § 1581(c).

3. (Date of determination):  The contested determination was issued by the U.S. Department of Commerce on July 6, 2020.  Notice of the Final Determination of Circumvention was mailed to Plaintiff and all other interested parties via electronic mail on July 7, 2020.

4. (If applicable, date of publication in Federal Register of notice of contested determination): Not applicable.  Notice of the Final Determination of Circumvention was mailed on July 7, 2020.  The contested determination was published in the *Federal Register* on July 13, 2020. See 85 Fed. Reg. 41,957.

/s/ Robert G. Gosselink
Robert G. Gosselink
**TRADE PACIFIC PLLC**
660 Pennsylvania Avenue, SE, Suite 401
Washington, DC  20003
Tel:  (202) 223-3760
rgosselink@tradepacificlaw.com

August 5, 2020

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Supervising Attorney
Civil Division, Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Room 346, Third Floor
26 Federal Plaza
New York, NY  10278

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011).