Case 1:20-cv-00142-TMR   Document 75   Filed 06/05/2023   Page 1 of 1
Case: 22-1199   Document: 78   Filed: 06/05/2023

# United States Court of Appeals for the Federal Circuit

_____

AL GHURAIR IRON & STEEL LLC,

*Plaintiff-Appellant*

v.

UNITED STATES, UNITED STATES STEEL CORPORATION, NUCOR CORPORATION, STEEL DYNAMICS, INC.,

*Defendants-Appellees*

_____

2022-1199

_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00142-TMR, Judge Timothy M. Reif.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered April 12, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 5, 2023          /s/ Jarrett B. Perlow
Date                  Jarrett B. Perlow
                      Acting Clerk of Court